Certificate Number: 05781-MOW-DE-041208375

Bankruptcy Case Number: 26-40904



05781-MOW-DE-041208375

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 8:58 o'clock AM PDT, Nick Tyler completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Missouri.

Date:   July 15, 2026                    By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President